MAY 20, 1965

No. 69314.—APPEAL 5166.—Kurt Orban Company, Inc. v. United States.— ▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮—A.R.D. 163 reversed
February 11, 1965.   C.A.D. 851.

BEFORE THE SECOND DIVISION, MAY 24, 1965

No. 69315.—Harper, Robinson Co. and Stelber Cycle Corp. v. United States,
protest 60/16542 (Los Angeles).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of United States v. Schmidt Pritchard & Co. et al. (47 CCPA 152, C.A.D. 750), the claim of the plaintiffs was sustained.

No. 69316.—Frank P. Dow Co., Inc., and Traveler Trading Co. v. United States,
protest 59/10309 (Los Angeles).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of horns similar in all material respects to those the subject of G. Joannou Cycle Co., Inc. v. United States (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiffs was sustained.